**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al., | Case No. CV 23-09340 AB (RAOx) |
| Plaintiffs, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| GABRIEL NUNEZ, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al.'s ("Plaintiffs") Motion for Terminating Sanctions in the Form of Entry of Defendant's Default ("Motion"), Dkt. No. 53, the Magistrate Judge's Report and Recommendation ("Report"), dated April 1, 2026, Dkt. No. 56, and all of the other records and files herein. The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

Accordingly, IT IS ORDERED that:

(1) Plaintiffs' Motion for Terminating Sanctions is granted;

(2) Defendant Nunez's Answer is stricken;

(3) The Clerk is directed to enter default against Defendant Nunez; and

(4) Plaintiffs shall file a motion for default judgment regarding the amount of damages to be awarded to Plaintiffs.

DATED: May 5, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2